UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| CAROLYN JOHNSON, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | Case No.: 1:12-cv-00067-WMS |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., | |
| Defendant. | |

_____

IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party hereto shall bear its own costs and attorneys' fees.

Dated: Buffalo, New York
       May 24, 2012

| LAW OFFICES OF KENNETH HILLER | PHILLIPS LYTLE LLP |
|---|---|
| By:___s/ Kimberly T. Irving_____ | By:_____s/ Robert L. Lash_____ |
| Kenneth R. Hiller, Esq. | John G. Schmidt Jr., Esq. |
| Kimberly T. Irving, Esq. | Robert L. Lash, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 6000 North Bailey Avenue, Suite 1A | 3400 HSBC Center |
| Amherst, New York 14226 | Buffalo, New York 14203 |
| Telephone No.: (716) 564-3288 | Telephone No.: (716)847-8400 |
| E-mail: khiller@kennethhiller.com | E-mail: jschmidt@phillipslytle.com |
|         kirving@kennethhiller.com | E-mail: rlash@phillipslytle.com |

Doc # 01-2580200.1